IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02362-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.8.43.65,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 4, 2013.**

    Before the Court is Defendant John Doe's Motion to Quash Subpoena and Sever Claims [filed November 1, 2013; docket #18]. The motion appears to be similar, if not identical, to the motion filed on October 11, 2013 in this case. Therefore, for the same reasons set forth in this Court's October 16, 2013 order (docket #17), the Court **denies** the motion **without prejudice** and instructs the Defendant to file his requests for relief as set forth in that order.