IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02362-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 24.8.43.65,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 2, 2013.**

    Defendant John Doe's third Motion to Quash Subpoena and Sever Claims [filed November 26, 2013; docket #21] is **stricken** for failure to comply with this Court's November 4, 2013 (docket #20) and October 16, 2013 orders (docket #17).