IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02362-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JAMES BOOTH,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 3, 2014.**

    Before the Court is Defendant's Motion Seeking Permission to File Brief in Excess of 15 Pages [filed April 3, 2014; docket # 49]. The Plaintiff takes no position on the motion. The Court finds good cause to allow Defendant to file a "consolidated" response to the Plaintiff's pending motions, the text of which should be no longer than 22 pages in length. *See* WYD Practice Standards for Civil and Criminal Matters, II.E.1. Accordingly, the motion is **granted**.