**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.1:13-cv-02362-WYD-MEH

MALIBU MEDIA, LLC,

        Plaintiff,

v.

JAMES BOOTH,

        Defendant.
_____/

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Malibu Media, LLC ("Plaintiff") and James Booth, ("Defendant"), by their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that all claims against each other in this matter are hereby dismissed with prejudice.

WHEREFORE, Plaintiff and Defendant respectfully request that this Court enter an order dismissing with prejudice all Plaintiff's and Defendant's claims against each other, with each party to bear its own attorneys' fees and costs.

Consistent herewith Plaintiff and Defendant consent to the Court having its case closed for administrative purposes.

Respectfully submitted,

By:    /s/ *Jason A. Kotzker*
Jason A. Kotzker
Jason@klgip.com
KOTZKER LAW GROUP
9609 S. University Blvd. #632134
Highlands Ranch, CO 80163

By:  /s/ *Morgan E. Pietz*____
Morgan E. Pietz
mpietz@pietzlawfirm.com
PIETZ LAW FIRM
3770 Highland Avenue, Suite 206
Manhattan Beach, CA 90266

| | |
|---|---|
| Phone:  720-330-8329 | Phone:  310-424-5557 |
| *Attorney for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

   I hereby certify that on June 18, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:  /s/ *Jason A. Kotzker*_____
Jason A. Kotzker

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

MALIBU MEDIA, LLC,

        Plaintiff,

v.                                Civil Action No. 1:13-cv-02362-WYD-MEH

JAMES BOOTH,

        Defendant.

**ORDER ON STIPULATION OF DISMISSAL**

THIS CAUSE came before the Court upon the Parties' Stipulation to Dismiss all Plaintiff's and Defendant, James Booth's claims against each other with prejudice, and the Court being fully advised in the premises does hereby:

ORDER AND ADJUDGE:

1. All Plaintiff's and Defendant James Booth's claims against each other in this matter are hereby dismissed with prejudice.
2. Each party shall bear its own attorneys' fees and costs.
3. This case is closed for administrative purposes.

SO ORDERED this _____ day of June_____, 2014.

By:_____
UNITED STATES MAGISTRATE JUDGE