IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02362-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JAMES BOOTH,

    Defendant.

---

## ORDER OF DISMISSAL

---

THIS MATTER is before the Court on the parties' Stipulation of Dismissal With Prejudice filed June 18, 2014).  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation of Dismissal With Prejudice (ECF No. 58) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with each party to pay his or its own attorneys' fees and costs.

Dated:  June 18, 2014

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        Senior United States District Judge